United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 7, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51308
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MARIO MEDINA-GONZALEZ

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, Del Rio
----------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[1]

IT IS ORDERED that the Appellee's unopposed motion to vacate the sentence is GRANTED;

IT IS FURTHER ORDERED that the Appellee's unopposed motion to remand the case to the United States District Court for the Western District of Texas, Del Rio Division for resentencing is GRANTED;

IT IS FURTHER ORDERED that the Appellee's alternative motion to extend time to file the Appellee's brief until fourteen (14) days from the Court's denial of the Appellee's motion to vacate

---

[1]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

and remand is DENIED AS UNNECESSARY.